

AUSA Ann Marie E. Ursini (312) 697-4092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br>NERIJUS TAUTVYDAS | CASE NUMBER:   22 CR 615<br>**UNDER SEAL** |

# COMPLAINT FOR PROVISIONAL ARREST
# WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

Pursuant to the extradition treaty between the United States and Lithuania, Lithuania has requested the extradition of NERIJUS TAUTVYDAS, who is believed to reside currently in the Northern District of Illinois, for Criminal Association, in violation of Articles 249(3) and 25(4) of the Criminal Code of the Republic of Lithuania (the "CCL"); Unlawful Possession of Narcotic or Psychotropic Substances for the Purpose of Distribution Thereof or Unlawful Possession of a Large Quantity of Narcotic or Psychotropic Substances, in violation of Article 260(3) of the CCL; Smuggling, in violation of Article 199(4) of the CCL; and Criminal Liability for Crimes Provided for in Treaties, specifically crimes related to possession of narcotic or psychotropic, toxic or highly active substances, in violation of Article 7(12) of the CCL.

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 3184 | Being a fugitive from Lithuania, pursuant to the extradition treaty between the United States and Lithuania, and 18 U.S.C. § 3184, for Criminal Association, Unlawful Possession of Narcotic or Psychotropic Substances for the Purpose of Distribution Thereof or Unlawful Possession of a Large Quantity of Narcotic or Psychotropic Substances, Smuggling, and Criminal Liability for Crimes Provided for in Treaties, all in violation of the Criminal Code of the Republic of Lithuania. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

ANN MARIE URSINI  *Digitally signed by ANN MARIE URSINI Date: 2022.11.21 16:47:20 -06'00'*

ANN MARIE E. URSINI
Assistant U.S. Attorney, U.S. Attorney's Office

Date: November 21, 2022

*Judge's signature*

City and state: Chicago, Illinois

YOUNG B. KIM, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, ANN MARIE E. URSINI, being duly sworn, state on information and believe that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to the Republic of Lithuania ("Lithuania").

2. There is an extradition treaty in force between the United States and Lithuania: the Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Lithuania, U.S.-Lith., Oct. 23, 2001, S. Treaty Doc. No. 107-4 (2002) ("2001 Treaty"), and the Protocol on the Application of the Agreement on Extradition Between the United States of America and the European Union to the Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Lithuania, U.S.-Lith., June 15, 2005, S. Treaty Doc. No. 109-14 (2006) ("Protocol," and together with the 2001 Treaty, collectively referenced hereinafter as the "Treaty") with its Annex.

3. Article 11 of the Treaty provides for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. Pursuant to the Treaty, the Government of Lithuania has requested the provisional arrest of NERIJUS TAUTVYDAS with a view toward his extradition.

5. According to information provided by the Government of Lithuania, TAUTVYDAS was charged in Lithuania with the following offenses: Criminal Association, in violation of Articles 249(3) and 25(4) of the Criminal Code of the Republic of Lithuania (the "CCL"); Unlawful Possession of Narcotic or Psychotropic Substances for the Purpose of Distribution Thereof or Unlawful Possession of a Large Quantity of Narcotic or Psychotropic Substances, in violation of Article 260(3) of the CCL; Smuggling, in violation of Article 199(4) of the CCL; and Criminal Liability for Crimes Provided for in Treaties, specifically crimes related to possession of narcotic or psychotropic, toxic or highly active substances, in violation of Article 7(12) of the CCL. The Government of Lithuania charged TAUTVYDAS with these offenses by Prosecutor's Resolution on November 4, 2022.

6. These offenses occurred within the jurisdiction of Lithuania. On November 7, 2022, a judge in the District Court of Vilnius City, Lithuania issued an arrest warrant for TAUTVYDAS.

7. The statements in this affidavit are based on information I received from Lithuania through the U.S Department of Justice's Office of International Affairs. Specifically, the information that follows derives from Lithuania's translated request for a provisional arrest. Because this affidavit is submitted for the limited purpose of securing an arrest warrant, I have not included every fact known concerning the matter.

8. In summary, Lithuania's request for TAUTVYDAS' provisional arrest presents the following information:

a. According to information obtained by Lithuanian authorities, beginning no later than 2014, TAUTVYDAS agreed with D.P. and V.R. to found an organized criminal group called *Džerkiniai* (the "OCG"). The OCG includes TAUTVYDAS, D.P., V.R., R.L., O.K., and M.S., among others ("OGC members"). D.P. is the leader of the OCG. TAUTVYDAS is a core operational member of the OCG. One of the activities of the OCG is international drug smuggling.

b. The allegations against TAUTVYDAS are based on the Lithuanian authorities' review of electronic communication between TAUTVYDAS and other members of the OCG; wiretap recordings of TAUTVYDAS and other OCG members; physical surveillance; police reports; witness statements; camera footage; hotel records; laboratory tests and forensic examinations; and records and evidence from other countries where the OCG operated.

c. As part of its investigation, the Lithuanian authorities obtained, among other evidence, communications to and from TAUTVYDAS' account ("TAUTVYDAS Messaging Account") on an encrypted electronic messaging platform ("Platform 1"). The TAUTVYDAS Messaging Account included photos of TAUTVYDAS' family members, references to family events, and other indicia that TAUTVYDAS was the user of the account.

d. According to information obtained by Lithuanian authorities, from on or about August 23, 2020 to November 22, 2020, TAUTVYDAS and others in

3

the OCG arranged to acquire and store 3,480 kilograms of hashish from Lebanon and transport it through Europe to the Czech Republic.[1]

      e.      According to information obtained by Lithuanian authorities, once the 3,480 kilograms of hashish arrived in the Czech Republic, the OCG divided into two parts. The first part remained in the Czech Republic. The second part, consisting of no less than 1,480.4 kilograms of hashish, was hidden in marble slabs and transported further through Europe, as described below.[2]

      f.      According to information obtained by Lithuanian authorities, including records from Platform 1 and hotel records, TAUTVYDAS traveled to the Czech Republic on or about December 8, 2020, to test the quality of the hashish. TAUTVYDAS communicated to other members of the OCG that, because of the poor quality, the hashish was unsuitable to be trafficked to Scandinavia, and instead should be transported to Russia.

      g.      According to information obtained by Lithuanian authorities, TAUTVYDAS and other members of the OCG participated in obtaining a road tractor with a connected semi-trailer (collectively the "Transport Truck"), which was used to transport the hashish from the Czech Republic through Europe.

      h.      According to information obtained by Lithuanian authorities, on or about December 30, 2020, on D.P.'s orders, OCG members drove the Transport

---

[1] On or about August 23, 2020, D.P. sent the TAUTVYDAS Messaging Account photos of what appeared to be hashish.

[2] On or about August 9, 2020, D.P. sent the TAUTVYDAS Messaging Account a message indicating that drugs were on the way from Lebanon, and that the OCG would take approximately half.

Truck loaded with 1,480.4 kg of hashish concealed in the marble slabs from the Czech Republic to the Polish-Lithuanian border and across the border into Lithuania. The OCG did not present the cargo to customs control at the Polish-Lithuanian border.

      i.      According to information obtained by Lithuanian authorities, on or about December 31, 2020, under TAUTVYDAS' instructions, members of the OCG transported the hashish internally within Lithuania to a designated location.

      j.      On or about January 15 and 16, 2021, M.S. sent the TAUTVYDAS Messaging Account photos of the exterior and interior of the Transport Truck. Some of the photos showed marble slabs inside of the Transport Truck.

      k.      Between January 24, 2021, and January 25, 2021, OCG members transported the hashish, still concealed in the marble slabs, in the Transport Truck from the designated location in Lithuania through the Lithuanian-Latvian border, without submitting the cargo to customs control. The OCG further transported the hashish through Latvia to the vicinity of the Terehova border checkpoint of the Latvian-Russian border.

      l.      According to information obtained by Lithuanian authorities, near the Latvian-Russian border, the driver of the Transportation Truck noticed cracks in some of the marble slabs in which hashish was concealed and alerted the OCG. The driver did not continue to the border out of concern the cracked slabs and the drugs would be identified and seized during a customs check.

      m.      According to information obtained by Lithuanian authorities, TAUTVYDAS discussed the cracked marble with other OCG members on Platform 1,

5

and TAUTVYDAS and OCG members shared and discussed photos of the cracked marble slabs inside of the Transport Truck. TAUTVYDAS instructed another OCG member to find a location to store the Transport Truck and to repackage the hashish.

n. According to information obtained by Lithuanian authorities, on or about February 2, 2021, OCG members drove the Transport Truck from the vicinity of the Terehova inspection post to a rented location in Latvia arranged by the OCG. The OCG stored the Transport Truck and the hashish at that location until March 3, 2021.

o. According to information obtained by Lithuanian authorities, between on or about February 6, 2021, and February 23, 2021, OCG members used a location in Elėktrenai Municipality, Lithuania, to make new slabs of marble with cavities in which to conceal hashish. Between on or about February 2, 2021, to February 23, 2021, TAUTVYDAS instructed other OCG members to transport the newly created slabs of marble with concealment cavities from Lithuania to the premises in Latvia where the Transport Truck and hashish were stored.

p. Between on or about February 24, 2021, and March 3, 2021, OCG members including TAUTVYDAS dismantled the damaged slabs in Latvia and removed the hashish concealed in those slabs. TAUTVYDAS and other members of the OCG repackaged the hashish into the new marble slabs brought from Lithuania and loaded the slabs into the Transport Truck. A portion of hashish couldn't fit into the new marble slabs – at least 505 kilograms of hashish – and was left in the premises in Latvia.

q. After the repackaging was complete, on TAUTVYDAS' instruction, OCG members drove the Transport Truck with 974,953 grams of hashish through Latvia toward Russia, between March 3, 2021, and March 12, 2021.

r. On March 12, 2021, the Transportation Truck was interdicted by Latvian authorities near the Latvian-Russian border.

s. The substance concealed in the marble slabs was tested by the Latvian Criminalistics Board of the State Police and found to be hashish.

9. The Government of Lithuania has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty, within the time required under the Treaty.

10. TAUTVYDAS would be likely to flee if he learned of the existence of a warrant for his arrest.

11. According to information provided by the U.S. Marshals, TAUTVYDAS currently resides within the Northern District of Illinois.

FURTHER AFFIANT SAYETH NOT.

/s/ Ann Marie E. Ursini
ANN MARIE E. URSINI
Assistant United States Attorney,
U.S. Attorney's Office for the Northern District of Illinois

SWORN TO AND AFFIRMED by telephone November 21, 2022.

Honorable Young B. Kim
United States Magistrate Judge

7